UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

CASE NO.: 03-12612-RCL

```
***************************************
TOMONGO BEY,                          *
        Plaintiff                     *
                                      *
v.                                    *
                                      *
THE SUFFOLK COUNTY SHERIFF'S          *
DEPARTMENT, ANDREA CABRAL IN          *
HER OFFICIAL CAPACITY AS              *
SHERIFF OF SUFFOLK COUNTY,            *
OFFICER J.COUGHLIN, SUFFOLK           *
COUNTY CORRECTIONS OFFICER            *
SGT. TAYLOR, SUFFOLK COUNTY           *
CORRECTIONS OFFICER CLAYTON,          *
SUFFOLK COUNTY CORRECTIONS            *
OFFICER MATTER,                       *
IN THEIR INDIVIDUAL                   *
AND OFFICIAL CAPACITIES,              *
        Defendants                    *
***************************************
```

### PLAINTIFF'S VOLUNTARY DISMISSAL PURSUANT TO RULE 41a

Now here comes Tomongo Bey, the plaintiff in the above entitled matter and respectfully asks the Court to allow his voluntary Dismissal without prujudice.

By his attorney,

Brendan G. King
Ten Tremont Street
Boston, MA 02108-2008
Tel: (617) 723-0444
Fax: (617) 723-4729
BBO # 637639